UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 13−31937
 Chapter 13
Debra German,

    Debtor.

**NOTICE**

Second and Final Notice of Discharge Requirements. The Debtor(s) has not filed a Motion for Entry of Discharge pursuant to Local Bankruptcy Rule 4004−1(a) and/or a Certificate of Financial Management pursuant to Section 1328(g). Unless such requirements are satisfied before the filing of the Trustee's Final Report, the case will be closed WITHOUT discharge. (RE: related document(s)31 Notice of Final Requirements Necessary for Discharge). (RK)

Dated January 3, 2018

Juan−Carlos Guerrero
Clerk of Court

In re:                                                                    Case No. 13-31937-WRS
Debra German                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2          User: rking          Page 1 of 1          Date Rcvd: Jan 03, 2018
                              Form ID: enotice     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.
db            +Debra German,    P.O. BOX 303,    Elmore, AL 36025-0303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
      Bankruptcy Administrator    ba@almb.uscourts.gov
      Richard D. Shinbaum   on behalf of Debtor Debra  German rshinbaum@smclegal.com,
       scarter@smclegal.com;tbramlett@smclegal.com
      Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                    TOTAL: 3